# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 11 0221

UNITED STATES OF AMERICA,

V.

MICHAEL GIORDANO,

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS: Title 21, United States Code, Section 841(a)(1) – Distribution Of A Controlled Substance (methamphetamine) (One Count); 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking (One Count)

---

A true bill.

_____
Foreman

Filed in open court this ___7___ day of

April, 2011

_____
Brenda Tolbert
Clerk

Bail, $ NO BAIL ARREST WARRANT

_____
U.S. MAGISTRATE JUDGE

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**OFFENSE CHARGED**

Count I: Title 21 U.S.C., Section 841(a) - Distribution of more than 5 grams or more of actual methamphetamine
Count II: Title 21 U.S.C., Section 843(b) Use of a Communication Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts I and II max 40 yrs prison and min 5 yrs prison, $2,000,000 fine, SVR min 3 yrs

**DEFENDANT - U.S**
▶ MICHAEL GIORDANO

DISTRICT COURT NUMBER
CR 11 0221 WHA

FILED APR 7 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF Special Agent Robert Tucker

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Asst U.S. Atty Kathryn R. Haun

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: 0

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 APR -7 P 3: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0221 WHA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: Title 21, United States Code, Section 841(a)(1) – Distribution Of A Controlled Substance (methamphetamine) (One Count); 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking (One Count) |
| v. | |
| MICHAEL GIORDANO, | |
| Defendant. | |
| | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)) (Distribution of 5 Grams or More of Actual Methamphetamine)

On or about January 28, 2010, in the Northern District of California, the defendant

MICHAEL GIORDANO,

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT TWO: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking

On or about January 27, 2010, in the Northern District of California, the defendant,

MICHAEL GIORDANO,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony, to wit, a violation of Title 21, United States Code, Sections 841(a)(1), in violation of Title 21, United States Code, Section 843(b).

DATED: April 7, 2011

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

ROBERT D. REES
Deputy Chief, Organized Crime Strike Force

(Approved as to form:
KATHRYN R. HAUN
Assistant U.S. Attorney

2